IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | Case No. 20-12067 (BLS) |
| URSA OPERATING COMPANY LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| THE ROYALTY CLAIMANTS, | ) | |
| | ) | C.A. No. 21-495 (MN) |
| Appellants, | ) | |
| v. | ) | |
| | ) | |
| URSA OPERATING COMPANY LLC, | ) | |
| | ) | |
| Appellee. | ) | |

## ORDER

At Wilmington, this 10th day of May 2021,

WHEREAS, on May 6, 2021, Chief Magistrate Judge Mary Pat Thynge issued a Recommendation (D.I 23) recommending that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court;

WHEREAS, no objections to the Recommendation are anticipated because the Recommendation is consistent with the parties' request (D.I. 23 at 3); and

WHEREAS, the Court does not find the Recommendation to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED that the Recommendation is ADOPTED and this matter is withdrawn from the mandatory referral for mediation.

IT IS FURTHER ORDERED that, as the parties are unable to agree upon a briefing schedule (D.I. 23 at 3), the Court ORDERS the following briefing schedule:

Appellants' Opening Brief – June 4, 2021

Appellees' Answering Brief –July 9, 2021

Appellants' Reply Brief –July 23, 2021.

                                                          _/s/ Maryellen Noreika_____
                                                          The Honorable Maryellen Noreika
                                                          United States District Court